

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:     In the Interest of J. I. T. and J. A. T., children

Appellate case number:   01-17-00988-CV

Trial court case number: 2011-53185

Trial court:             311th District Court of Harris County

Date motion filed:       July 26, 2018

Party filing motion:     Texas Department of Family and Protective Services

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                    ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Higley, Brown, and Caughey


Date:  August 14, 2018